IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 45.17.189.79

**ISP:** AT&T Internet Services
**Physical Location:** Cypress, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/20/2017 18:20:46 | 1CFFE824FA32506E0EDB0E30E3ACE741F2090357 | Want To Fuck My Wife |
| 05/07/2017 03:18:29 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 04/03/2017 02:03:10 | E9F6C2D6203F2410DFA762DCF71BD596C7A94406 | Deep Inside Gina |
| 03/11/2017 04:56:01 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 01/25/2017 06:04:06 | 64FEDA6D84983A3470C7FB2F17B7206DD91A0E80 | Introducing Kimmy |
| 01/02/2017 06:39:52 | D6447DA58D2069CCBF3E9ED95E99340CF90CCD9A | Cum For A Ride |
| 12/19/2016 19:50:00 | 9BFBD04ABB3CF495E89923A91F494FCD615DA2E6 | Luckiest Man Alive |
| 12/19/2016 19:49:17 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 12/16/2016 21:55:47 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 12/12/2016 21:52:06 | F8194974FB0D21F90B72FA755C5DD1F6D430A923 | Pussy Cat Burglar |
| 12/10/2016 04:08:01 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |
| 12/10/2016 02:43:42 | 82F06D6BDDDDDEC52457F3D0A1A1711E7D247575 | Simply Stunning |
| 09/15/2016 04:57:58 | 009DC4837E59C4E6CB8E35796FEB2B232A7F69DC | Triple Blonde Fantasy |
| 04/10/2016 04:48:14 | EBCB2ADE7178838591591376CD736913CEF88165 | Triple Play |
| 04/10/2016 04:16:29 | 67B80D50A8D6CC221EFAB4A83E777C7182884706 | California Surf Fever |
| 04/10/2016 02:45:39 | B5B69C560631B804813F9DC35363420E8768A14B | Angel Dust |
| 04/10/2016 01:30:50 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 10/23/2015 20:58:18 | 3B39460ABF5377A5830F532935B590D40086B834 | Girls Night Out |
| 10/07/2015 02:55:15 | F3C42A1DA3AB954C4FF8BACE354EA85BF6E5C277 | Do Me Darling |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

STX83