| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 11, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Malibu Media, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-210 |
| Subscriber 18979, | § § | |
| Defendant. | § § | |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (12)

2. By June 25, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on May 11, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge